UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 MAR -3 PM 3:48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>PETER MORALES, (1)<br>   *aka* PEDRO MORALES, JR.,<br><br>and<br><br>AMY FLORES MORALES (2) | CRIMINAL NO. A09CR 088 LY<br><br>I N D I C T M E N T<br><br>[Violations: 18 U.S.C. § 922(g)(1)--<br>Felon in Possession of a Firearm and<br>Ammunition;<br>18 U.S.C. § 922(a)(6)- False Statement<br>Related to the Acquisition of a Firearm]<br><br>USAO #2009R02369 |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about February 1, 2009, in the Western District of Texas, the Defendant,

**PETER MORALES, *also known as*, PEDRO MORALES, JR.,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of:

(1) *Aggravated Assault*, in a state district court in Cameron County, Texas, cause number 95CR912, on or about December 8, 1995.

(2) *Aggravated Assault*, in a state district court in Hidalgo County, Texas, cause number CR-1975-99-A, on or about January 10, 2000.

did knowingly and unlawfully possess in and affecting commerce a firearm, namely:

(a) an IWI, model Desert Eagle, 50 caliber, semi-automatic pistol, serial number 38201472.

(b) a Benelli, model Nova, 12 gauge pump shotgun, serial number 2048137.

(c) a Romarm, model AK-47 style, 7.62 caliber rifle, serial number CH-1157-69.

(d) a Llama, model Max-1, .45 caliber pistol, serial number 71-04-09200-04.

(e) a Smith & Wesson, model SW40BE, .40 caliber pistol, serial number RBB9327.

(f) Winchester-Western, .45 caliber ammunition, approximately 30 rounds.

(g) Winchester-Western, .40 caliber ammunition, approximately 77 rounds.

(h) Winchester-Western, 12 gauge ammunition, approximately 50 rounds.

(i) Speer, .50 caliber ammunition, approximately 20 rounds.

(j) Remington, .22 caliber ammunition, approximately 361 rounds.

(k) Monarch, 7.62 ammunition, approximately 460 rounds.

All in violation of Title 18, United States Code Sections 922(g)(1).

## COUNT TWO
### [18 U.S.C. § 922(g)(1)]

On or about January 18, 2009, in the Western District of Texas, the Defendant,

**PETER MORALES,** *also known as,* **PEDRO MORALES, JR.**

aided and abetted by Defendant,

**AMY FLORES MORALES,**

did knowingly and unlawfully possess in and affecting commerce a firearm, namely: a Benelli, model Nova, 12 gauge pump shotgun, serial number 2048137, after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of:

(1) *Aggravated Assault*, in a state district court in Cameron County, Texas, cause number 95CR912, on or about December 8, 1995.

(2) *Aggravated Assault*, in a state district court in Hidalgo County, Texas, cause number CR-1975-99-A, on or about January 10, 2000.

All in violation of Title 18, United States Code Sections 922(g)(1) and 2.

## COUNT THREE
### [18 U.S.C. § 922(a)(6)]

On or about January 18, 2009, in the Western District of Texas, the Defendants,

**PETER MORALES,** *also known as,* **PEDRO MORALES, JR.**

**AND**

**AMY FLORES MORALES,**

aided and abetted by each other, in connection with the sale and acquisition of a firearm, namely a Benelli, model Nova, 12 gauge pump shotgun, serial number 2048137, from Cabela's, a licensed dealer, did knowingly make a false and fictitious written statement to Cabela's which statement was likely to deceive Cabela's, as to a fact material to the lawfulness of such sale and acquisition of said firearm to Amy Flores Morales under chapter 44 of Title 18, in that Amy Flores Morales represented that:

(a) her current residence was R.C. Champion Road, in the city of Progresso, within Hidalgo County, Texas when in truth and in fact she resided at 325 Angel Oaks Street, in the city of Austin, within Travis County, Texas; and,

(b) she was the actual buyer of the firearm when in truth and in fact, she was buying the firearm for Peter Morales, also known as, Pedro Morales, Jr.

All in violation of Title 18, United States Code Sections 922(a)(6) and 2.

A TRUE BILL:

_____
FOREMAN

*SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002*

JOHNNY SUTTON
United States Attorney

By: _____
MARK LANE
Assistant United States Attorney